UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:01-CR-342-T-27EAJ

FREDDY COLON, JR.

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 4th day of January, 2007, on a Petition to Revoke Supervised Release. The Defendant, FREDDY COLON, JR., appeared with counsel, Richard Escobar, Esquire; and James Muench, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations set forth in the Petition for Revocation of Supervised Release in Counts 1, 3, and 6, and denied allegations in Counts 2, 4, 5, and 7. After hearing testimony from the defendant and from Probation Officer Derik Smith, and upon consideration of same, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is

hereby **REVOKED**.

2. The defendant, **FREDDY COLON, JR.**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TIME SERVED**.

3. The defendant shall then be on Supervised Release for a period of **ONE (1) YEAR**.

4. The defendant shall perform 50 hours of community service as approved by Probation.

5. The Court will consider an early termination of supervised release upon petition by Probation, if the defendant has been an ideal probationer, and his state court criminal conviction is reversed.

DONE AND ORDERED at Tampa, Florida this 4th day of January, 2007.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation